UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>GREENWICH RETAIL GROUP LLC,<br><br>　　　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 25-11295 (MEW) |
| GREENWICH RETAIL GROUP LLC,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MOBY CAPITAL, LLC; ITRIA VENTURES LLC; ABSM CAPITAL GROUP VI LLC; SQUARE ADVANCE; SMART BUSINESS; CAPITALIZE GROUP LLC; ABSM LLC D/B/A COASTAL DEBT RESOLVE; GLOBAL RESOURCE ADVISORS LLC a/k/a SAFE HARBOR SB a/k/a GLOBAL RESOURCE MANAGEMENT; FUNDING STRATEGIES PARTNERS, LLC; HANOVER COMMUNITY BANK; UNITED STATES SMALL BUSINESS ADMINISTRATION,<br><br>　　　　　　　　　　　　　　Defendants. | Adv. Proc. No. 25-1106 (MEW)<br><br>**SECOND STIPULATION EXTENDING TIME FOR ABSM LLC TO ANSWER AMENDED COMPLAINT** |

**WHEREAS**, the parties previously entered into that certain Stipulation Extending Time for ABSM LLC to Answer Amended Complaint, which was "so ordered" on July 18, 2025 [ECF No. 10] and extended the time for ABSM LLC d/b/a Coastal Debt Resolve ("ABSM") to answer, move, or otherwise respond to the amended complaint to August 15, 20025; and

**WHEREAS**, pursuant to that certain Scheduling Order Regarding Initial Pleadings and Motion to Dismiss Briefing entered on August 12, 2025 [ECF No. 18], ABSM's time to answer, move or otherwise respond to the amended complaint was further extended to September 9, 2025; and

**WHEREAS**, the parties agree to extend the time for ABSM to answer, move or otherwise respond to the complaint through and including September 23, 2025.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED** by and between Plaintiff Greenwich Retail Group LLC and ABSM as follows:

1. The time for ABSM to answer the amended complaint herein is further extended through and including September 23, 2025.

**DAVIDOFF HUTCHER & CITRON LLP**  Date: September 9, 2025
*Counsel to the Plaintiff/Debtor*

By: s/James B. Glucksman
  Robert L. Rattet
  James B. Glucksman
  605 Third Avenue, New York, NY 10158
  (212) 557-7200

**STARR & STARR, PLLC**  Date: September 9, 2025
  *Counsel to* ABSM LLC

By:   s/Stephen Z. Starr
    Stephen Z. Starr
  260 Madison Ave., 17th Fl.
  New York, NY 10016
  (212) 867-8165

SO ORDERED:

**s/Michael E. Wiles**   9/10/2025
HONORABLE MICHAEL E. WILES
U.S. BANKRUPTCY JUDGE